IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RALPHFIELD HUDSON,

                Plaintiff,                ORDER

     v.                              07-cv-355-bbc

UNITED STATES OF AMERICA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

As directed in this court's order of August 6, 2009, plaintiff Ralphfield Hudson has submitted a copy of his six-month trust fund account statement so that a determination may be made whether he is indigent for the purpose of proceeding on appeal in forma pauperis and if he is, what amount must be assessed under the 1996 Prison Litigation Reform Act as an initial partial payment of the fee for filing his appeal. (In the August 6 order, I found that plaintiff's appeal is not taken in bad faith and that he is not barred by the three strikes provision of 28 U.S.C. § 1915(g) from proceeding with his appeal in forma pauperis.)

From plaintiff's trust fund account statement, I conclude that he qualifies for indigent status. Further, I assess plaintiff an initial partial payment of the $455 fee for filing his appeal in the amount of $3.81.

1

ORDER

IT IS ORDERED that plaintiff Ralphfield Hudson's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED. Plaintiff may have until September 18, 2009, in which to submit a check or money order made payable to the clerk of court in the amount of $3.81. If, by September 18, 2009, plaintiff fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect plaintiff's obligation to pay the $3.81 initial partial payment and the remainder of the $455 fee in monthly installments.

Entered this 28th day of August, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge